IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 23-00109-JB-N |
| | ) | |
| CRAIG D. PERCIAVALLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Defendants' Unopposed Motion to Stay. (Doc. 10). The Motion is **GRANTED**. This action is STAYED until the parallel criminal case, *United States v. Craig D. Perciavalle, Joseph A. Runkel and William O. Adams*, Case number 23-cr-00070-JB-N, is concluded.

**DONE and ORDERED** this 10th day of July, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE